◼ BUFFALO SEWER AUTHORITY, Respondent, v NIAGARA FRONTIER TRANSPORTATION AUTHORITY et al., Defendants, and AMADORI CONSTRUCTION Co., INC., Appellant. [617 NYS2d 679] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Glownia, J. (Appeal from Order of Supreme Court, Erie County, Glownia, J.—Summary Judg-

ment.) Present—Balio, J. P., Lawton, Wesley, Doerr and Davis, JJ.